IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THE COMMUNITY DEVELOPMENT      )
AGENCY OF LEXINGTON, NEBRASKA, )
                               )
          Condemner,           )           7:13CV5013
                               )
     v.                        )
                               )
JAMES D. SAMPSON, Owner,       )              ORDER
                               )
          Condemnee.           )
_____)
```

       This matter is before the Court on the joint motion to dismiss without prejudice (Filing No. 9).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that the motion is granted; this action is dismissed without prejudice, each party to pay their own costs and attorney fees.

       DATED this 6th day of February, 2014.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court